Commonwealth *v.* First, Appellant.

Submitted November 11, 1968. *John V. Pepicelli,* for appellant; *John Fuller,* First Assist-

ant District Attorney, and *Paul D. Shafer*, District Attorney, for Commonwealth, appellee.

Order affirmed.